Case 6:22-mc-00022-RBD-EJK Document 13 Filed 09/01/22 Page 1 of 2 PageID 291

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-mc-00022-RBD-EJK

MATTHEW ORSO AS SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC,

    Plaintiff,
v.

KENNETH F. STAHL,

    Defendant,
v.

SPACE COAST CREDIT UNION
*1185 W. Granada Blvd. #10A*
*Ormond Beach, FL 32174*

    Garnishee.
_____/



FILED 2022 SEP -1 PM 2:59 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

__X__ 1. Head of family wages. (You must check "a" or "b" below)
    __X__ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750.00 or less per week.
    _____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750.00 per week, but have not agreed in writing to have my wages garnished.
__X__ 2. Social Security benefits.
_____ 3. Supplemental Security Income benefits.
_____ 4. Public Assistance (welfare).
_____ 5. Workers' Compensation.
_____ 6. Unemployment Compensation.
__X__ 7. Veterans' Benefits.
_____ 8. Retirement or profit-sharing benefits or pension money.
_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
__X__ 10. Disability Income benefits.
_____ 11. Prepaid College Trust Fund or Medical Savings Account.
_____ 12. Other exemptions as provided by law (Explain) _____

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: 1 Pine Tree Circle

City: Ormond Beach State: FL Zip: 32176 Ph. No.: 352-209-6201

The statements made in this request are true to the best of my knowledge and belief.

_Kenneth F. Stoll_    Aug 30, 2022
(Defendant's signature)    (Date)

STATE OF FLORIDA
COUNTY OF Volusia

SWORN AND SUBSCRIBED to before me this 30 day of August, 2022, by

Kenneth Stoll

_____
Notary Public

JAMES MILES
Notary Public
State of Florida
Comm# HH224358
Expires 4/23/2026

Personally known ____ OR Produced identification _X_

Type of Identification Produced  FL DL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered ___ OR mailed _X 31st_ by first class mail to Alison N. Emery, Esq., Attorney for Nationwide Judgment Recovery, Inc, at 5011 Gate Parkway, Bldg 100, Suite 100, Jacksonville, FL 32256 this 31st day of August, 2022

_Kenneth F. Stoll_
Defendant