# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                                                                      Case No. 6:22-mc-22-RBD-EJK

KENNETH F. STAHL,

    Defendant,

v.

SPACE COAST CREDIT UNION;
REGIONS BANK; and WELLS
FARGO BANK, N.A.,

    Garnishees.
_____

## ORDER

Before the Court is Plaintiff's Motion for Final Judgment in Garnishment as to Garnishee Regions Bank. (Doc. 20 ("Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends the Court grant the Motion and enter judgment for Plaintiff for $15,631.81 payable to the attorney trust account of counsel Alison N. Emery. (Doc. 22 ("R&R").) The deadline has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be

adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 22) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 20) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment for Plaintiff Nationwide Judgment Recovery, Inc., in the amount of $15,631.81, payable to the attorney trust account of counsel Alison N. Emery.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 15, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Defendant Kenneth F. Stahl